**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | )   **CASE NO. 5:23-CR-34 (MTT)** |
| | ) |
| **KENNETH PHELPS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## <u>ORDER</u>

The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term.  Doc. 19.  The defendant was indicted on June 13, 2023, and had his arraignment in this Court on June 21, 2023.  Docs. 1; 7.  No prior continuances have been granted.  The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to provide additional time for defendant's counsel to review the recently provided discovery.  Doc. 19 ¶ 2.  The government does not oppose the motion.  *Id.* ¶ 3.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 19) is **GRANTED**.  The case is continued from the July term until the Court's trial term presently scheduled for **September 11, 2023**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 29th day of June, 2023.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT